**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-1323**

─────────────

In Re: GOFF BUILDING, LLC,

                                                    Debtor.

───────────────────────

GOFF BUILDING, LLC,

                                        Debtor - Appellant,

            versus

NORWEST BANK, MINNESOTA, NA,

                                        Creditor - Appellee.

─────────────

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Frederick P. Stamp, Jr.,
District Judge. (CA-01-19-1, BK-01-10034)

─────────────

Argued: December 6, 2002          Decided: January 3, 2003

─────────────

Before NIEMEYER and WILLIAMS, Circuit Judges, and Henry M. HERLONG,
Jr., United States District Judge for the District of South
Carolina, sitting by designation.

─────────────

Dismissed by unpublished per curiam opinion.

**ARGUED:** Brent E. Beveridge, BEVERIDGE LAW OFFICES, Fairmont, West Virginia, for Appellant. Julia A. Chincheck, BOWLES, RICE, MCDAVID, GRAFF & LOVE, P.L.L.C., Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

During oral arguments held on December 6, 2002, the parties agreed that the issues raised in this appeal are moot. Therefore, the appeal is dismissed.

<u>DISMISSED</u>